No. 13.   United States v. Bell Aircraft Corp.   Argued October 16, 1952.   Decided October 27, 1952.   *Per Curiam:* The judgment is affirmed by an equally divided Court.   Mr. Justice Jackson took no part in the consideration or decision of this case.   *Paul A. Sweeney* argued the cause for the United States.   With him on the brief were *Acting Solicitor General Stern, Assistant Attorney General Baldridge* and *Morton Hollander*.   *Howard C.*

*Westwood* argued the cause for respondent. With him on the brief were *Ansley W. Sawyer* and *W. Crosby Roper, Jr. John Lord O'Brian* was also of counsel for respondent.